# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James L. Broadhurst<br>Judith M. Broadhurst<br>Debtor(s)<br><br>AJAX MORTGAGE LOAN TRUST 2021-F, MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>Movant<br><br>v.<br><br>James L. Broadhurst<br>Judith M. Broadhurst<br>and Kenneth E. West, Esquire<br>Respondents | 19-15031 AMC<br><br>Chapter 13 Proceeding |

21-0201

## ORDER

AND NOW, this 1st day of November, 2023, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, AJAX MORTGAGE LOAN TRUST 2021-F, MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE and/or its successors and assigns to proceed with foreclosure on the property located at 718 10th Avenue, Prospect Park, PA 19076 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, AJAX MORTGAGE LOAN TRUST 2021-F, MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Karina Velter
Attorney for Movant

Michael A. Cibik, Esquire
Attorney for Debtor(s)

James L. Broadhurst
Judith M. Broadhurst
Debtor(s)

Kenneth E. West, Esquire
Trustee