# UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern District of PENNSYLVANIA

IN RE:

JAMES L BROADHURST
JUDITH M BROADHURST

CASE NO. 19-15031-amc
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F
Name of Transferee

LOANCARE, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 17
Amount of Claim: $ 149221.73
Date Claim Filed: 10/18/2019

Phone: (800)365-7107
Last Four Digits of Acct #: 9065

Phone: (800) 643-0202
Last Four Digits of Acct.#: 5669

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip        Date: 6/12/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO. 19-15031-amc |
| JAMES L BROADHURST JUDITH M BROADHURST | | Chapter 13 |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before <u>6/12/2024</u> via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*

JAMES L BROADHURST
718 10th Ave
Prospect Park, PA 19076-1415

JUDITH M BROADHURST
718 10th Ave
Prospect Park, PA 19076-1415

**Debtors' Attorney**
MICHAEL I. ASSAD
CIBIK LAW, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

**Chapter 13 Trustee**
KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia, PA 19107-3704

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen