Certificate Number: 16339-PAE-DE-038884585

Bankruptcy Case Number: 19-15031



16339-PAE-DE-038884585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2024, at 4:34 o'clock PM EDT, James Broadhurst completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 19, 2024              By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor