United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15031-amc |
| James L. Broadhurst | Chapter 13 |
| Judith M. Broadhurst | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 30, 2024 | Form ID: 138OBJ | Total Noticed: 77 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James L. Broadhurst, Judith M. Broadhurst, 718 10th Avenue, Prospect Park, PA 19076-1415 |
| 14631024 | + | AJAX MORTGAGE LOAN TRUST 2021-F, MORTGAGE-BACKED S, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14631292 | + | Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities Series, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Ste 215, Trevose, PA 19053-6980 |
| 14375369 | + | CDGSCV70 057, PO Box 857, Oaks, PA 19456-0857 |
| 14375377 | | Commonwealth of PA, Dept. of Revenue, Bureau of Trust Fund Taxes, P.O. Box 280905, Harrisburg, PA 17128-0905 |
| 14375381 | + | David Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14375389 | + | Hon. Jack Lippart, 1028 Lincoln Avenue, Prospect Park, PA 19076-2218 |
| 14375394 | + | Krista Dorsaneo, P:A Dept. of Revenue, 110 N. 8th Street, Suite 204B, Philadelphia, PA 19107-2412 |
| 14407762 | | LOANCARE, LLC, 3637 Sentara Way, 6409 Congress Ave., Suite 100, Virginia Beach, VA 23452-3348 |
| 14375398 | + | Mortgage Resolution Unit, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14375399 | + | New Residential Mortgage, PO Box 37628, Philadelphia, PA 19101-0628 |
| 14375400 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14375406 | | Professional Account Management, PO BOX 1153, Milwaukee Wi 53201-1153 |
| 14375408 | + | Social Security Administration, 7959 Bustleton Avenue, Philadelphia, PA 19152-3388 |
| 14375412 | + | TSI, Inc,, P.O, box 17221, Wilmington, DE 19850-7221 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14375361 | + | Email/Text: g17768@att.com | Oct 01 2024 00:17:00 | A T & T Wireless, P.O. Box 8220, Aurora, IL 60572-8220 |
| 14407565 | | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2024 00:17:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620355 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 00:27:24 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620696 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 00:27:23 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14375362 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2024 00:17:00 | Ally Financial, c/o Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14375363 | | Email/Text: bankruptcy@cavps.com | Oct 01 2024 00:17:00 | Calvary Portfolio Services LLC, 7 Skyline Drive Third Floor, Hawthorne, New York 10532 |
| 14375373 | | Email/Text: megan.harper@phila.gov | Oct 01 2024 00:18:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, |

Case 19-15031-amc   Doc 101   Filed 10/02/24   Entered 10/03/24 00:38:17   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2024 | Form ID: 138OBJ | Total Noticed: 77 |

| | | | |
|---|---|---|---|
| | | | PA 19102 |
| 14375374 | Email/Text: megan.harper@phila.gov | Oct 01 2024 00:18:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14375364 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 00:26:43 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14375366 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 00:27:24 | Capital One, PO Box 60500, City of Industry, CA 91716-0500 |
| 14375365 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 00:26:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14375367 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 01 2024 00:27:24 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14374088 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 00:27:10 | Capital One Auto Finance,, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14374000 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 00:26:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14387901 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 00:27:08 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14385275 | + Email/PDF: ebn_ais@aisinfo.com | Oct 01 2024 00:27:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14403273 | Email/PDF: bncnotices@becket-lee.com | Oct 01 2024 00:26:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14375368 | + Email/Text: bankruptcy@cavps.com | Oct 01 2024 00:17:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14382875 | + Email/Text: bankruptcy@cavps.com | Oct 01 2024 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14375371 | + Email/Text: ecf@ccpclaw.com | Oct 01 2024 00:17:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14800463 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2024 00:17:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14375375 | + Email/Text: bankruptcy@philapark.org | Oct 01 2024 00:18:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14375376 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 00:17:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14375378 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 01 2024 00:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14375379 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2024 00:27:05 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14375382 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 00:26:55 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14375380 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2024 00:17:00 | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14405572 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2024 00:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14375383 | Email/Text: bankruptcydepartment@tsico.com | Oct 01 2024 00:18:00 | EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |
| 14375384 | Email/Text: bankruptcycourts@equifax.com | Oct 01 2024 00:17:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |

Case 19-15031-amc    Doc 101    Filed 10/02/24    Entered 10/03/24 00:38:17    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2024 | Form ID: 138OBJ | Total Noticed: 77 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14375385 | | Email/Text: bknotice@ercbpo.com | Oct 01 2024 00:17:00 | Erc, PO BOX 23870, Jacksonville, PL 32241-3870 |
| 14375386 | ^ | MEBN | Oct 01 2024 00:03:38 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14375388 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 01 2024 00:17:00 | Franklin Mint FCU, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14375387 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 01 2024 00:17:00 | Franklin Mint FCU, P.O, box 1907, Media, PA 19063 |
| 14375390 | | Email/Text: Bankruptcy@ICSystem.com | Oct 01 2024 00:17:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14375391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2024 00:17:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14375370 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 01 2024 00:26:43 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14380475 | + | Email/Text: RASEBN@raslg.com | Oct 01 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14375392 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Oct 01 2024 00:18:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd S, Twinsburg, OH 44087-1900 |
| 14375393 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2024 00:17:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14377018 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 00:27:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14375395 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 01 2024 00:17:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14407000 | + | Email/Text: RASEBN@raslg.com | Oct 01 2024 00:17:00 | LoanCare, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14912294 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 01 2024 00:17:00 | U.S. Bank National Association, c/o Maria Tsagaris, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14375397 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2024 00:17:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14390810 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2024 00:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14375403 | ^ | MEBN | Oct 01 2024 00:03:46 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14375405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2024 00:26:53 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14404265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2024 00:27:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14375401 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 01 2024 00:17:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14375402 | ^ | MEBN | Oct 01 2024 00:03:49 | Penn Medicine, Patient Pay, PO BOX 824406, Philadelphia PA 19182-4406 |
| 14381629 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14375404 | + | Email/Text: bankruptcy@philapark.org | Oct 01 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14375407 | + | Email/Text: clientservices@simonsagency.com | Oct 01 2024 00:18:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box |

Case 19-15031-amc   Doc 101   Filed 10/02/24   Entered 10/03/24 00:38:17   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2024 | Form ID: 138OBJ | Total Noticed: 77 |

| Recip ID | Bypass | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 5026, Syracuse, NY 13220-5026 |
| 14371691 | ^ | MEBN | Oct 01 2024 00:03:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14375411 | | Email/Text: DASPUBREC@transunion.com | Oct 01 2024 00:17:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14375409 | ^ | MEBN | Oct 01 2024 00:03:53 | Torres Crdit, TCS Inc., PO Box 189, Carlisle, PA 17013-0189 |
| 14375410 | ^ | MEBN | Oct 01 2024 00:03:54 | Torres Credit, TCS Inc., PO Box 189, Carlisle, PA 17013-0189 |
| 14396201 | | Email/Text: bankruptcy@unifund.com | Oct 01 2024 00:17:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14897048 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2024 00:17:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14375413 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 01 2024 00:17:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14375396 | | Margaret Broadhurst (Daughter) |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14375372 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14407856 | *+ | Loancare, LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-F  MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-F  MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 30, 2024 | Form ID: 138OBJ | Total Noticed: 77 |

KARINA VELTER
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-F  MORTGAGE-BACKED SECURITIES, SERIES 2021-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor James L. Broadhurst help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Judith M. Broadhurst help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor LoanCare  LLC mimcgowan@raslg.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 100 − 94

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  James L. Broadhurst<br><br>  Judith M. Broadhurst<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15031−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 30, 2024                                                                                   For The Court

                                                                                                           Timothy B. McGrath
                                                                                                           Clerk of Court